**Opinion filed April 7, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00360-CR
_____

## CHAD COLLIN USSERY, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 42nd District Court**

**Taylor County, Texas**

**Trial Court Cause No. 23628-A**

## M E M O R A N D U M   O P I N I O N

Chad Collin Ussery has filed in this court a motion to dismiss his appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both appellant and his counsel.

The motion is granted, and the appeal is dismissed.

PER CURIAM

April 7, 2011

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.